RECEIVED
IN LAKE CHAPLES, LA
NOV 2 2 2005
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WITNESS BILL BRASSEAUX | : | DOCKET NO. 04 CV 2469 |
| VS. | : | JUDGE MINALDI |
| JOHN LYLE CHATELAIN, ET AL | : | MAGISTRATE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that the Motion for Partial Summary Judgment filed by plaintiff, Witness Bill Brasseaux [doc. 50] be GRANTED.

Lake Charles, Louisiana, this 21 day of November, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT